IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00250-LTB

MICHAEL MILLIGAN,

     Plaintiff,

v.

LOU ARCHULETA,
CHARLES SANCHEZ,
LANCE MIKLICH, and
KEVIN FURTON,

     Defendants.

---

## ORDER REINSTATING CASE

---

     Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on November 23, 2011, this civil action is reinstated.  Accordingly, it is

     ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on November 23, 2011.  It is

     FURTHER ORDERED that the case shall be reassigned to the **_pro se_** docket.

     DATED at Denver, Colorado, this __5th__ day of ____December____, 2011.

                  BY THE COURT:


                  ___s/Lewis T. Babcock_____
                  LEWIS T. BABCOCK
                  Senior Judge, United States District Court