IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00250-MSK

MICHAEL MILLIGAN,

          Plaintiff,

v.

LOU ARCHULETA;
CHARLES SANCHEZ;
LANCE MIKLICH; and
KEVIN FURTON,

          Defendants.

---

## ORDER OF RECUSAL

---

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, a staff member of the undersigned judge has personal knowledge of one or more of the litigants due to her prior employment with the Colorado Department of Corrections. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 31st day of January, 2012.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge