IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00250-CMA-KLM

MICHAEL MILLIGAN,

    Plaintiff,

v.

LOU ARCHULETA,
CHARLES SANCHEZ,
LANCE MIKLICH, and
KEVIN FURTON,

    Defendants.

---

## ORDER OF RECUSAL

---

    This matter is before me on a review of the file.  The Court notes that Kathryn Starnella is counsel for the Defendants.  Ms. Starnella worked as my law clerk from October 2009 through September 2011.  Based on such recent personal and professional relationship with Defendants' counsel, I believe that I should recuse myself.  It is, therefore,

    ORDERED that the judge's file be returned to the clerk and that this case be reassigned by random draw.

    DATED:  February __01__, 2012

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge