IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00250-PAB-KLM

MICHAEL MILLIGAN,

    Plaintiff,

v.

LOU ARCHULETA,
CHARLES SANCHEZ,
LANCE MIKLICH, and
KEVIN FURTON,

    Defendants.
_____

## MINUTE ORDER
_____
### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Defendants' **Motion to Dismiss** [Docket No. 35; Filed March 19, 2012] and on Plaintiff's **Response to Defendants' Motion to Dismiss** [Docket No. 41; Filed May 2, 2012] (the "Motion to Amend"). In response to Defendants' Motion to Dismiss [#35], Plaintiff seeks to file a Second Amended Complaint [#41-1], purportedly correcting the alleged defects raised in the Motion to Dismiss. Pursuant to Fed. R. Civ. P. 15(a)(B), a party may amend his pleading once as a matter of course 21 days after service of a motion under Fed. R. Civ. P. 12(b). Here, Plaintiff, who proceeds in this matter as an incarcerated *pro se* individual, was granted an extension of time through May 1, 2012, to file a response to the Motion to Dismiss. *See Minute Order* [#40]. The Motion to Amend was received by the Office of the Clerk on May 2, 2012, which means that it was clearly timely mailed by Plaintiff. *See Price v. Philpot*, 420 F.3d 1158, 1166 (10th Cir. 2005) (stating that a prisoner's motion is deemed filed when he gives the document to prison officials for mailing). Thus, Plaintiff may file an amendment to his Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(B). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Amend [#41] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall **ACCEPT** Plaintiff's Second Amended Complaint [#41-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that, in consideration of the filing of the Second

Amended Complaint, Defendants' Motion to Dismiss [#35] is **DENIED WITHOUT PREJUDICE**.  Defendants may file an answer or other response to Plaintiff's Second Amended Complaint **on or before May 22, 2012**.

Dated:  May 8, 2012