**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00250-PAB-KLM

MICHAEL MILLIGAN,

    Plaintiff,

v.

LOU ARCHULETA,
CHARLES SANCHEZ,
LANCE MIKLICH, and
KEVIN FURTON,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No.  54] of Judge Philip A. Brimmer entered on February 20, 2013 it is

    ORDERED that the Recommendation of Magistrate Judge Kristen L. Mix is accepted.  It is further

    ORDERED that Defendants' MOTION to Dismiss Second Amended Complaint [Docket No. 44] is granted and Plaintiff's Second Amended Complaint [#41-1] is dismissed without prejudice.  It is further

    ORDERED that final judgment is entered in favor of the defendants and against Plaintiff Michael Milligan, and the case is closed.

Dated at Denver, Colorado this 20th day of February, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk