**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00250 -PAB-KLM

MICHAEL MILLIGAN,

    Plaintiff,

v.

LOU ARCHULETA,
CHARLES SANCHEZ,
LANCE MIKLICH, and
KEVIN FURTON,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 66] of Judge Philip A. Brimmer entered on September 27, 2013 it is

    **ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 65] is **ACCEPTED**.  It is

    **FURTHER ORDERED** that the Defendants' Motion to Dismiss Third Amended Complaint [Docket No. 61] is **GRANTED**.  It is

    **FURTHER ORDERED** that this matter, and all claims asserted therein, is dismissed without prejudice.

Dated at Denver, Colorado this 27th day of September, 2013.

                                          FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        s/Kathy Preuitt-Parks
                                        Kathy Preuitt-Parks
                                        Deputy Clerk