IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00250-PAB-KLM

MICHAEL MILLIGAN,

    Plaintiff,

v.

LOU ARCHULETA,
CHARLES SANCHEZ,
LANCE MIKLICH, and
KEVIN FURTON,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court pursuant to the Court's December 31, 2014 Order [Docket No. 77]. After dismissing plaintiff's Third Amended Complaint, the Court ordered plaintiff to show cause within thirty days why this case should not be dismissed in its entirety. *Id.* at 6. Plaintiff has not done so. Accordingly, it is

    **ORDERED** that all of plaintiff's claims against defendants Lou Archuleta, Charles Sanchez, Lance Miklich, and Kevin Furton are dismissed. It is further

    **ORDERED** that this case is closed.

    DATED February 3, 2015.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge